UNITES STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Eric Tolliver,

        Plaintiff,

12-CIV-0971 (DAB)(KNF)

NOTICE OF MOTION

    -against-

Skinner, et al.,

        Defendant(s).

Please take notice, that upon the annexed affirmetion of Eric Tolliver, affirm on March 10, 2016, and upon the pleadings and attached exhibits herein, plaintiff will move this Honorable Court, before the Honorable Deborah A. Batts, United States District Judge, for an order pursuant to Rule 15(d) and 6(b)(1)(a) of the Federal Rules of Civil Procedure, granting plaintiff's Supplemental motion, and denied the defendant's memorandum of law in opposition to plaintiff's motion to Supplement the complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 10, 2016
      Sullivan County

Respectfully Submitted,

E. T~

Eric Tolliver, Pro Se
Sullivan Corr. Fac.
325 Riverside Drive
P.O.Box 116
Fallsburg, N.Y. 12733

(1) of (9)